IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HELENA AGRI-ENTERPRISES LLC                                            PLAINTIFF

VS.                              5:18-cv-00233-BRW

BRITT HEIEN                                                            DEFENDANT

## JUDGMENT

Based on the order entered today, judgment is entered for Plaintiff against Defendant for $135,273.26, with interest at the 6% agreed-upon in the contract from May 1, 2019 to date, and a post-judgment rate of 2.34% after entry of the judgment.

IT IS SO ORDERED this 30th day of May, 2019.

                                                                 Billy Roy Wilson_____
                                                                 UNITED STATES DISTRICT JUDGE